FILED

07/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0103

IN THE SUPREME COURT OF THE STATE OF MONTANA
NO. DA 21-0103

Ryan A. Phelan
CHRISTIAN, SAMSON & BASKETT, PLLC
310 W Spruce St.
Missoula, MT  59802
Tel: (406) 721-7772
Email: ryan@csblawoffice.com
         *Attorneys for the Appellee/Respondent*

| | |
|---|---|
| IN RE THE MARRIAGE OF: <br><br> NIKKI FAYE WAITE, <br><br>      Appellant/Petitioner, <br><br> and <br><br> BRYCE ELLIS WAITE, <br><br>      Appellee/Respondent. | **GRANT OF EXTENSION** |

Pursuant to authority granted under M. R. App.P. 26(1), Appellee is given an extension of time until August 9, 2021 to prepare, file, and serve the Appellee's response brief.

GRANT OF EXTENSION

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 2 2021